

# Fourth Court of Appeals
## San Antonio, Texas

October 21, 2013

No. 04-13-00689-CV

**IN THE INT OF GM, AM AND NM**

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-PA-02693
John D. Gabriel Jr., Judge Presiding

# O R D E R

This is an accelerated appeal of the trial court's order terminating appellant's parental rights. The Texas Rules of Judicial Administration require this court to "ensure that the appeal is brought to final disposition . . . [w]ithin 180 days of the date the notice of appeal is filed." TEX. R. JUD. ADM. 6.2(a). This accelerated appeal has been pending since the notice of appeal was filed in the trial court on October 4, 2013. The court reporters' records were due October 17, 2013. Angie Jimenez and Yvonne O'Bar are the two court reporters responsible for preparing, certifying, and filing the records in this appeal. On October 16, 2013, Ms. O'Bar filed a notification of late record stating appellant has not designated the record. Ms. Jimenez has not filed either her record or a notification of late record.

Appellant is represented on appeal by Mr. James Peplinski. If Mr. Peplinksi desires a reporter's record, he is hereby ORDERED to (1) request in writing from both court reporters, **no later than October 25, 2013**, that a reporter's record be prepared and (2) designate in writing to both court reporters, **no later than October 25, 2013**, the exhibits and those portions of the record to be included in the reporter's record. *Id.* Mr. Peplinski is hereby ORDERED to file a copy of the requests with both the trial court clerk, *id.* at 34.6(b)(2), and this court **no later than October 25, 2013**.

If Mr. Peplinski fails to provide such written proof within the time provided, appellant's brief will be due November 14, 2013, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

We further ORDER the Clerk of this Court to serve a copy of this order on Mr. James Peplinski by first class United States mail and by certified mail, return receipt requested. We also ORDER the Clerk of this Court to serve a copy of this order on the trial court. *See* TEX. R. APP. P. 28.4(b)(1); 35.3(c).

**PER CURIAM**

ATTESTED TO: <u>_Keith E. Hottle signature_</u>
Keith E. Hottle
Clerk of Court

